UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOODSTOCK VENTURES LC; and THE
WOODSTOCK CANNABIS COMPANY,
LLC,

    Plaintiffs/Counterclaims Defendants,

- against -

WOODSTOCK ROOTS, LLC;
WOODSTOCK PRODUCTS COMPANY
INTERNATIONAL, LLC D/B/A
WOODSTOCK AMERICAN PRODUCTS;
WOODSTOCK CANNABIS COMPANY,
LLC; AXCENTRIA PHARMACEUTICALS
LLC; CHET-5 BROADCASTING, LP; and
GARY CHETKOF,

    Defendants/Counterclaim Plaintiffs.

**ORDER OF DISMISSAL**

18 Civ. 1840 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed without prejudice and without costs. If the settlement is not consummated within ninety days of this order, either party may apply by letter within the ninety-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. If at the end of the ninety-day period no party has requested the restoration of this action, the action will be dismissed with prejudice but without costs at that time. The Clerk of Court is directed to close the case. Any pending dates and deadlines are adjourned sine die, and any pending motions are moot.

Dated: New York, New York
       June 17, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge