UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WOODSTOCK VENTURES LC, and THE WOODSTOCK CANNABIS COMPANY, LLC,<br><br>*Plaintiffs/Counterclaim Defendants*,<br><br>v.<br><br>WOODSTOCK ROOTS, LLC; WOODSTOCK PRODUCTS COMPANY INTERNATIONAL, LLC d/b/a WOODSTOCK AMERICAN PRODUCTS; WOODSTOCK CANNABIS COMPANY, LLC; AXCENTRIA PHARMACEUTICALS LLC; CHET-5 BROADCASTING, LP; and GARY CHETKOF,<br><br>*Defendants/Counterclaim Plaintiffs*. | Case No. 18-cv-1840 (PGG) |

**JOINT STIPULATION TO MODIFY DISMISSAL ORDER**

Pursuant to Fed. R. Civ. P. 6(b) and Rule 1.D of Your Honor's Individual Rules of Practice, the Parties respectfully request the Court to modify the Dismissal Order (Dkt. No. 143) so that the Parties may finalize their settlement.

The Dismissal Order dismissed this action without prejudice, and required either Party to reinstitute this action within ninety days, i.e., by September 15, 2021, or the action would be dismissed with prejudice. Following the Dismissal Order, the Parties have continued to engage in productive settlement discussions. The settlement of this action is part of a larger negotiation that involves issues of, inter alia, not-for-profit corporate law, tax law and employment law.

In order to facilitate a final resolution and avoid the waste of judicial resources, the Parties respectfully request the Court to extend the time period to reinstitute this action by

another ninety days, i.e., to December 14, 2021. Specifically, the Parties respectfully request the Court to enter the following order:

- If the settlement is not consummated by December 14, 2021, either party may apply by letter on or before December 14, 2021 for restoration of the action to the calendar of the undersigned, in which event the action will be restored. If no party has requested the restoration of this action on or before December 14, 2021, the action will be dismissed with prejudice but without costs at that time.

Dated:  September 10, 2021

By: _____
Jonathan D. Reichman
Shawn Patrick Regan
Jennifer Bloom
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, New York 10166
Tel.: (212) 309-1000
Email: JReichman@HuntonAK.com
Email: SRegan@HuntonAK.com
Email: JBloom@HuntonAK.com

Edward T. Colbert
Erik C. Kane
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 955-1500
Email: EColbert@HuntonAK.com
Email: EKane@HuntonAK.com

*Counsel for Plaintiffs*

By: _____
Evangelos Michailidis
DUANE MORRIS LLP
270 Madison Avenue
New York, NY 10016-0601
(212) 471-1864
Email: EMichailidis@duanemorris.com

Seth A. Goldberg
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
(215) 689-2198
Email: sagoldberg@duanemorris.com

*Counsel for Defendants*

IT IS SO ORDERED.

Dated:_____, 2021

_____
Paul G. Gardephe
United States District Judge