

October 16, 2023

VIA ECF
Hon. Jennifer L. Rochon
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> The request is GRANTED. The Court adjourns the pretrial conference from October 18, 2023 to **October 24, 2023 at 12:00 p.m.**
>
> Dated: October 16, 2023
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *Woodstock Ventures LC, et al. v Woodstock Roots LLC, et al.*
       U.S.D.C., S.D.N.Y., No. 1:18-cv-01840-JLR

Dear Judge Rochon:

We represent Defendants Woodstock Roots LLC, Woodstock Cannabis Company, LLC, Chet-5 Broadcasting, LP, Gary Chetkof, Axcentria Pharmaceuticals LLC, and Woodstock Products Company International, LLC d/b/a Woodstock American Products ("Defendants") in the above referenced litigation. Defendants, with Plaintiffs' Woodstock Ventures LC and The Woodstock Cannabis Company LLC ("Plaintiffs") consent, respectfully submit this joint letter to request a postponement of the pretrial conference scheduled for October 18, 2023. Dkt. 201.

Counsel for Defendants will be in an all-day arbitration hearing in another matter and therefore are unavailable on October 18, 2023. Counsel for the parties have conferred and propose the following alternative dates for the pretrial conference: October 23, 2023 or October 24, 2023. Accordingly, the parties request that the pretrial conference scheduled for October 18, 2023 be postponed to one of these alternative dates.

We thank the Court for its attention to this request.

Respectfully submitted,

*/s/ Vanessa Destime*

cc:   All counsel of record via ECF.

433 North Camden Drive | 4th Floor | Beverly Hills, CA 90210
T 310.855.3200 | F 310.855.3201

www.eisnerlaw.com

152 West 57th Street | 48th Floor | New York, NY 10019
T 646.876.2600 | F 212.600.5020