UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

WOODSTOCK VENTURES LLC, et al.,

                                        Plaintiffs,

                    -against-

WOODSTOCK ROOTS LLC, et al.,

                                        Defendants.

--------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**18-CV-1840 (JLR)**

        This case has been referred to me for settlement purposes (docket no. 204).  A

telephone conference will be held on **Tuesday, November 7, 2023, at 4:30 p.m.** in advance of a

settlement conference.  The parties are directed to review Judge Parker's Individual Practices at

http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the

call.  Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time

with counsel for all parties on the line.  Please dial 212-805-0234.

        SO ORDERED.

Dated: October 24, 2023
        New York, New York

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    10/24/2023