```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/08/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WOODSTOCK VENTURES LLC, et al.,

                             Plaintiffs,

          -against-

WOODSTOCK ROOTS LLC, et al.,

                             Defendants.
-------------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

18-CV-1840 (JLR)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **Wednesday, January 3, 2024 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **December 29, 2023 by 5:00 p.m.**

      **By December 1, 2023**, the parties shall submit by email to the Court's email (Parker_NYSDChambers@nysd.uscourts.gov) a preliminary term sheet and proposed structure for settlement noting disputed terms.  **On December 7, 2023 at 4:30 p.m.** counsel for the parties shall participate in a pre-settlement conference call with the Court.  The parties should utilize the Court's ATT conference line 866-434-5269 code 4858267 and the security code that will be provided by the court for the call.

      **SO ORDERED.**

Dated: November 8, 2023
      New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge