# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WOODSTOCK VENTURES LC and THE WOODSTOCK CANNABIS COMPANY LLC, *Plaintiffs and Counterclaim Defendants,*<br><br>v.<br><br>WOODSTOCK ROOTS, LLC, WOODSTOCK PRODUCTS COMPANY INTERNATIONAL, LLC d/b/a WOODSTOCK AMERICAN PRODUCTS, WOODSTOCK CANNABIS COMPANY, LLC, AXCENTRIA PHARMACEUTICALS LLC, CHET-5 BROADCASTING, LP, and GARY CHETKOF, *Defendants and Counterclaim Plaintiffs*. | Civil Action No. 1:18-cv-01840-JLR<br><br>Hon. Jennifer L. Rochon<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, though their respective undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Woodstock Roots, LLC, Woodstock Products Company International LLC, Woodstock Cannabis Company, LLC, Axcentria Pharmaceuticals LLC, CHET-5 Broadcasting, LP, and Gary Chetkof pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between the parties, through their respective undersigned counsel, that Defendants' counterclaims in the above-captioned action are also voluntarily dismissed, without prejudice against Plaintiffs Woodstock

Ventures LC and The Woodstock Cannabis Company LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

DATE: New York, New York
       April 26, 2024

Respectfully Submitted,

EISNER, LLP

*/s/ Evangelos Michailidis*
Evangelos Michailidis
Carolynn Beck
152 W. 57th Street, 48th Floor
New York, New York 10019
emichailidis@eisnerlaw.com
cbeck@eisnerlaw.com
Phone: (646) 876-2600

DATE: New York, New York
       April 26, 2024

*/s/ Nicholas Faso*
Nicholas J. Faso
Partner
Cullen and Dykman LLP
80 State Street, Suite 900
Albany, New York 12207
T: 518.788.9416 | F: 518.689.9519
E: nfaso@cullenllp.com